**No. 09-9712. Conrad Cooper, Petitioner v. United States.**

559 U.S. 1102, 130 S. Ct. 2388, 176 L. Ed. 2d 785, 2010 U.S. LEXIS 3533.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Jus-

tice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 354 Fed. Appx. 439.